```
FILED
CLERK, U.S. DISTRICT COURT

JUL - 7 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

Jason Alan
Pro Se Litigant
291 Sequoia Ct #24
Thousand Oaks, CA 91360
(818)523-7456 Telephone
(818)337-7478 Telephone
bizagent818@gmail.com Email

# UNITED STATES CENTRAL DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In the Matter of:

JASON ALAN,
        Plantiff,

vs.

Synchrony Bank

        Defendant.

Case No. 2:17-cv-04919

**PLAINTIFF'S NOTICE TO DEFENDANT OF PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ACTION WITHOUT PREJUDICE**

**Honorable Judge Andre Birotte Jr**

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff JASON ALAN (hereinafter, "Plaintiff") voluntarily dismisses this action without prejudice. Defendant Synchrony Bank. (hereinafter, **"Defendant") has filed no responsive pleading or any motion for summary** judgment as of the date of the filing of this here Notice.

    Respectfully submitted this 5th Day Of July 2017

    By: _____

    (Jason Alan  *Pro Se Litigant*

Page 1 of 2
Name of Document

Notice submitted to the Court via USPS Certified Mail filing this 5th day of July 2017.

Notice was served on the following parties via mail and electronic mail this 5th day of July 2017:

Attorneys for Defendant, Synchrony Bank

Zachary C. Frampton (SBN 303225)
Email: zframpton@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Attorneys for Defendant
SYNCHRONY BANK

By: _____
Jason Alan
Pro Se Litigant

Name of Document

Jason Alan
291 Sequoia Ct #24
Thousand Oaks, CA 91360

FFM

USPS CERTIFIED MAIL™

9514 8000 2907 7186 0005 60

United States Courthouse
350 West First St, LA, CA 90012
Room 7B

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL - 7 2017
CENTRAL DISTRICT OF
BY



U.S. POSTAGE
$5.29
FCM LETTER
91362
Date of sale
07/05/17
06    2500
08276819
SSK
A60470709233435

90012-453699